**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **EVERETT PROBST,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **EP-22-CV-00286-RFC** |
| | § | |
| **KILOLO KIJAKAZI,** | § | |
| **Acting Commissioner of Social Security,** | § | |
| | § | |
| *Defendant*. | § | |

**FINAL JUDGMENT**

In accordance with the Court's Memorandum Opinion and Order issued in this matter, the Court **ENTERS** this Final Judgment for Defendant, **AFFIRMING** the decision of the Commissioner.

The Clerk of the Court shall **CLOSE** this case.

**SO ORDERED** and **SIGNED** this 3rd day of May, 2023.

_____
**ROBERT F. CASTAÑEDA**
**UNITED STATES MAGISTRATE JUDGE**